UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDANTI LICENSING LIMITED, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-01344-BEN-WVG<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[Doc. 8]** |

Defendant Google LLC moves to extend the time for it to respond to the Complaint filed on July 16, 2020. The Motion is unopposed, and this is the first motion for extension of time to respond. The motion is hereby **GRANTED**. Defendant Google LLC shall respond to the Complaint on or before **September 8, 2020.**

**IT IS SO ORDERED.**

Date: August 5, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge