FILED
OCT 1 - 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDANTI LICENSING LIMITED, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-01344-BEN-WVG<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[ECF Nos. 17, 18] |

On September 8, 2020, Defendant Google LLC filed a Motion to Dismiss and Motion to File Documents Under Seal. ECF Nos. 17, 18. On September 29, 2020, Plaintiff Vedanti Licensing Limited, LLC, filed a First Amended Complaint. Plaintiff's First Amended Complaint was filed within 21 days of Defendant's Motion to Dismiss as required by Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, Defendant's Motion to Dismiss and Motion to File Documents Under Seal are **DENIED as moot**.

**IT IS SO ORDERED.**

Date: September 30, 2020

HON. ROGER T. BENITEZ
United States District Judge

1

3:20-cv-01344-BEN-WVG