Robert W. Unikel (IL Bar #6216974)
(*pro hac vice*)
robertunikel@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Dr., 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Elizabeth L. Brann (CA Bar #222873)
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Attorneys for Defendant Google LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| VEDANTI LICENSING LIMITED, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO. 3:20-CV-01344-BEN-WVG<br><br>**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) AND MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(F)**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom 5A |

Defendant Google LLC ("Google") hereby moves pursuant to Civil Local Rule 79.2 and Patent Local Rule 2.2 for an order to seal certain documents filed contemporaneously with Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) ("Motion"):

- Defendant Google LLC's Memorandum of Points and Authorities in Support of Google's Motion
- Exhibits B and C to the Declaration of Andre Golueke in Support of Google's Motion
- Exhibit A to the Declaration of Charles Tait Graves in Support of Google's Motion
- Exhibit E to the Declaration of Robert Unikel in Support of Google's Motion

Google respectfully requests that the Court seal each of the above documents. These documents contain copies of, excerpts from, and references to, a series of privileged and confidential attorney notes that were inadvertently disclosed by Google's in-house counsel. Plaintiff's improper inclusion of these attorney notes in its Complaint in this case forms the basis for Google's present Motion to Strike. As detailed in Google's Motion, these attorney notes contain Google information that is attorney-client privileged, protected as attorney work-product, and/or otherwise constitutes Google's confidential business information (including business discussions and litigation strategies). Further disclosure of this information would cause serious harm to Google. A public version of Google LLC's Memorandum of Points and Authorities in Support of Google's Motion, from which Google's confidential information has been redacted, is being filed contemporaneously with this motion.

It is therefore requested that an order be entered sealing the above-referenced documents.

| | | |
|---|---|---|
| 1 | DATED: October 13, 2020 | Respectfully submitted, |
| 2 | | By: */s/ Robert W. Unikel* |
| | | Robert W. Unikel (IL Bar #6216974) |
| 3 | | (*pro hac vice*) |
| | | robertunikel@paulhastings.com |
| 4 | | **PAUL HASTINGS LLP** |
| | | 71 South Wacker Dr., 45th Floor |
| 5 | | Chicago, IL 60606 |
| | | Telephone: (312) 499-6000 |
| 6 | | Facsimile: (312) 499-6100 |
| 7 | | Elizabeth L. Brann (CA Bar #222873) |
| | | elizabethbrann@paulhastings.com |
| 8 | | Ariell Nicole Bratton (CA Bar #317587) |
| | | ariellbratton@paulhastings.com |
| 9 | | **PAUL HASTINGS LLP** |
| | | 4747 Executive Drive, 12th Floor |
| 10 | | San Diego, CA 92121 |
| | | Telephone: (858) 458-3000 |
| 11 | | Facsimile: (858) 458-3005 |
| 12 | | Robert Laurenzi (NY Bar #3024676) |
| | | (*pro hac vice*) |
| 13 | | robertlaurenzi@paulhastings.com |
| | | **PAUL HASTINGS LLP** |
| 14 | | 200 Park Avenue, 26th Floor |
| | | New York, NY 10166 |
| 15 | | Telephone: (212) 318-6000 |
| | | Facsimile: (212) 318-6100 |
| 16 | | |
| 17 | | Tad Richman (CA Bar #268091) |
| | | tadrichman@paulhastings.com |
| | | **PAUL HASTINGS LLP** |
| 18 | | 2050 M Street NW, |
| | | Washington, D.C. 20036 |
| 19 | | Telephone: (202) 551-1700 |
| | | Facsimile: (202) 551-1705 |
| 20 | | |
| | | *Attorneys for Defendant Google LLC* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |